# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Use of )
A Cell-Site Simulator to Identify Cellular Devices )
In the Possession of and Being Used by ) Case No. 17-sw-06495-NYW
Jose Valenzuela-Vargas )
 )
 )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   State and   District of   Colorado
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A attached hereto and hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   December 15, 2017   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Magistrate Judge Nina Y. Wang   .
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for   30   days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of                   .

Date and time issued:   3:04 pm, Dec 01, 2017

*Judge's signature*

City and state:   Denver, Colorado   Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____            _____<br>                                                    *Executing officer's signature*<br><br>                                                        _____<br>                                                               *Printed name and title* |

## **ATTACHMENT A**

This warrant authorizes the use of the electronic investigative technique described in Attachment B only when Jose Valenzuela-Vargas is present.

This warrant may be used at any location open, accessible and available to the public.

## **ATTACHMENT B**

This warrant authorizes the officers to whom it is directed to identify the Target Cellular Device by collecting:

1. radio, cellular and/or digital signals emitted by the Target Cellular Device and other telephones in its vicinity for the purpose of communicating with cellular infrastructure, including towers that route and connect individual communications; and

2. radio, cellular and/or digital signals emitted by the Target Cellular Device and other telephones in its vicinity in response to signals sent by the officers;

for a period of thirty days, during all times of day and night.

Law enforcement will make no affirmative investigative use of any identifiers collected from cellular telephones other than the Target Cellular Devices absent further order of a court, except to identify the Target Cellular Devices and distinguish it from the other telephones. Once investigators ascertain the identity of the Target Cellular Devices, they will cease using the cell-site simulators.

This warrant does not authorize the interception of any telephone calls, text messages, or Internet data, and this warrant prohibits the seizure of any tangible property. The Court finds reasonable necessity for the use of the technique authorized above. See 18 U.S.C. § 3103a(b)(2).

As used herein, the "Target Cellular Device" is the cellular telephone or telephones carried by Jose Valenzuela-Vargas.