IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF USE OF A CELL-SITE SIMULATOR TO IDENTITY CELLULAR DEVICES IN THE POSSESSION OF AND BEING USED BY JOSE VALENZUELA-VARGAS | Case No. 17-sw-06495-NYW<br><br>**Filed Under Restriction** |

**MOTION FOR ORDER TO RESTRICT CASE**

The United States of America, by and through the undersigned, Assistant United States Attorney, moves the Court to restrict the above-captioned case, this Motion, and the Court's Order at Level 3. As grounds therefore, it submits the following:

1. Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons: 1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3, and; 3) only restricted access will adequately protect the interests in question. Therefore, disclosure will cause the targets(s) to flee from prosecution, and may result in the destruction or tampered evidence. Accordingly, it is necessary to maintain the secrecy of the investigation. Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

1

2

WHEREFORE, the United States further requests this Motion and the Court's Order be restricted at Level 3 until further order of the Court.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

*s/Stephanie Podolak*
Assistant U.S. Attorney
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  Stephanie.Podolak@usdoj.gov
Attorney for the Government

2