**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN THE MATTER OF USE OF A CELL-SITE SIMULATOR TO IDENTITY CELLULAR DEVICES IN THE POSSESSION OF AND BEING USED BY JOSE VALENZUELA-VARGAS | Case No. 17-sw-06495-NYW<br><br>**Filed Under Restriction** |

**ORDER TO RESTRICT CASE**

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including any applications or attached documents in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court;

DATED this ___1st___ day of ___December___, 2017

BY THE COURT:

_____
Nina Y. Wang, Magistrate Judge
DISTRICT OF COLORADO