# UNITED STATES DISTRICT COURT
для the
District of Colorado

In the Matter of the Use of )
A Cell-Site Simulator to Identify Cellular Devices )
In the Possession of and Being Used by ) Case No. 17-sw-6495-NYW
Jose Valenzuela-Vargas )
)
)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____State and____ District of ____Colorado____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A attached hereto and hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  December 15, 2017  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Magistrate Judge Nina Y. Wang  .
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  .

Date and time issued:  **3:04 pm, Dec 01, 2017**                      /s/ Nina Y. Wang
                                                                    *Judge's signature*

City and state:  Denver, Colorado                Nina Y. Wang, United States Magistrate Judge
                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MK-17-0037 | December 6, 2017 at approximately 9:00am | N/A |

Inventory made in the presence of:
TFO KRISTIE ALLEN

Inventory of the property taken and name of any person(s) seized:

1. Cell-Site Simulator to identify Cellular Devices Deployed 12/6/2017 and 12/13/2017. No subject cellular devices identified during deployment.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
1/22/2018
**JEFFREY P. COLWELL, CLERK**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/17/2018

_Executing officer's signature_

TONY COLLETT, TFO/DEA
_Printed name and title_